EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 5 2003

at 11 o'clock and 30 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>       vs.                       )<br>                                 )<br> JAMES PUA AGLIA,                )<br>                                 )<br>           Defendant.            )<br>_____) | CR. NO. CR03-00557 HG<br><br>INDICTMENT<br><br>[18 U.S.C. § 922(g)(1) &<br> 18 U.S.C § 472] |

INDICTMENT

COUNT 1

The Grand Jury Charges:

On or about November 16, 2003, in the District of Hawaii, the defendant, JAMES PUA AGLIA, having been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess a firearm, which had previously affected interstate commerce, to wit, one Norinco Model 1911A1 .45 caliber semiautomatic pistol, bearing serial number 601167.

All in violation of Title 18, United States Code, Sections 922 (g)(1) and 924(a)(2).

### COUNT 2

The Grand Jury Further Charges:

On or about November 16, 2003, in the District of Hawaii, the defendant, JAMES PUA AGLIA, with intent to defraud, did possess and conceal falsely made, forged and counterfeited obligations of the United States, that is thirty-one Federal Reserve Notes in the denominations of One-Hundred Dollars, forty-six Federal Reserve Notes in the denominations of Fifty Dollars, seventy-five Federal Reserve Notes in the denominations of Twenty Dollars, and one Federal Reserve Note in the denomination of Ten Dollars, which he then knew to be falsely made, forged and counterfeited.

//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 472.

DATED: 11/25/03 , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

United States v. James Pua Aglia
"Indictment"