ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1·8 2006

at ⎯11⎯ o'clock and ⎯59⎯ min. ⎯A⎯ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES PUA AGLIA,<br><br>Defendant - Appellant. | No.  05-10159<br>D.C. No.  CR-03-00557-HG<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED and REMANDED**.

Filed and entered 08/24/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 15 2006

by: ⎯⎯⎯⎯⎯⎯⎯
Deputy Clerk