# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 29, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00557 HG

CASE NAME:       United States v. James Pua Aglia

ATTYS FOR PLA:   Marshall H. Silverberg

ATTYS FOR DEFT:  Robert D.S. Kim

JUDGE:   Helen Gillmor          REPORTER:

DATE:    September 29, 2006     TIME:

COURT ACTION:        **MINUTE ORDER**

Judgment on remand from the Ninth Circuit Court of Appeals has been entered on September 18, 2006 with directions to consider, under the modified categorical approach, whether the record of conviction for escape establishes that Defendant has been convicted of a crime of violence in light of United States v. Piccolo, 441 F.3d 1084 (9th Cir. 2006).

The Government is directed to file any additional evidence related to Defendant's prior conviction for escape by October 27, 2006.  Defendant's reply is due on or before November 14, 2006.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager


cc:   above counsel
      Neil Tsukayama, U.S. Probation Officer
      Judge Helen Gillmor's chambers