# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

October 13, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR 03-00557HG

CASE NAME:   UNITED STATES OF AMERICA v. JAMES PUA AGLIA

JUDGE:   Helen Gillmor          REPORTER:

DATE:   October 13, 2006        TIME:

COURT ACTION:        **MINUTE ORDER**

At the request of Mr. Robert D.S. Kim, attorney for Defendant James Pua Aglia, the briefing schedule set forth in the MINUTE ORDER filed on September 29, 2006 is modified as follows:

The Government is directed to file any additional evidence related to Defendant's prior conviction for escape by December 4, 2006. Defendant's reply is due on or before December 18, 2006.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   Marshall H. Silverberg, Esq.
      Robert D.S. Kim, Esq.
      Neil Tsukayama, U.S. Probation Officer
      Judge Helen Gillmor's chambers