UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED




KIM-400   957401919 1206 07 12/23/06
RETURN TO SENDER
:ROBERT D S KIM INC
PO BOX 188
KEALAKEKUA HI 96750-0188

RETURN TO SENDER

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 27 2006
DISTRICT OF HAWAII

1:00 pm  ly
CR 03-557 HG

Robert D.S. Kim
Robert D.S. Kim Inc A Hawaii Law Corp
77-400 Nalani St Ste A1
Kailua Kona, HI  96740