ORIGINAL

ROBERT D.S. KIM
A Law Corporation
Attorney At Law

ROBERT D.S. KIM 4255-0
P.O. Box 188
Kealakekua, Hawaii 96750
Telephone (808) 329-6611

Attorney for Defendant
JAMES PUA AGLIA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. 03-00557 HG |
| ) | |
| Plaintiff, ) | EX PARTE MOTION TO AUTHORIZE |
| ) | TRAVEL EXPENSES FOR APPEARANCE |
| vs. ) | AT RESENTENCING HEARING ON |
| ) | FEBRUARY 22, 2007;DECLARATION |
| JAMES PUA AGLIA, ) | OF ROBERT D.S. KIM; ORDER |
| ) | GRANTING EX PARTE MOTION TO |
| Defendant. ) | AUTHORIZE TRAVEL EXPENSES FOR |
| ) | APPEARANCE AT RESENTENCING |
| ) | HEARING ON FEBRUARY 22, 2007; |
| ) | CERTIFICATE OF SERVICE |

EX PARTE MOTION TO AUTHORIZE TRAVEL
EXPENSES FOR APPEARANCE AT RESENTENCING
HEARING ON FEBRUARY 22, 2007

COMES NOW Defendant JAMES PUA AGLIA ("Defendant"), by and through his counsel, Robert D. S. Kim, a Hawaii Law Corporation, and moves this Honorable Court ex parte for an order authorizing counsel for Defendant to incur travel expenses to appear at the hearing to be held on February 22, 2007, for re-sentencing after appeal.

Good cause exists for the granting of the Motion on the grounds that counsel for Defendant resides in Kealakekua, Hawaii. Counsel is requesting air fare and a rental car being an

ORIGINAL

authorization not to exceed $150.00 in total.

DATED:    Kealakekua, Hawaii, _____2·16·07_____.

_____
ROBERT D.S. KIM

Attorney for Defendant
JAMES PUA AGLIA

2