IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00557 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF ROBERT D.S. KIM |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES PUA AGLIA, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ROBERT D.S. KIM

1. Your Declarant is court appointed counsel for Defendant in the above captioned action, is authorized to make this declaration and submits these facts upon personal knowledge unless otherwise specified herein.

2. Your Declarant is requesting authorization for said counsel for Defendant to incur travel expenses to appear at the hearing to be held on February 22, 2007, for re-sentencing after appeal.

3. Good cause exists for the granting of the Motion on the grounds that counsel for Defendant resides in Kealakekua, Hawaii.

4. Counsel is requesting air fare and a rental car being an authorization not to exceed $150.00 in total.

I declare that the foregoing is true and correct to the best of my knowledge under penalty and perjury.

DATED:   Kealakekua, Hawaii, February 15, 2007.

_____
ROBERT D.S. KIM