IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00557 HG |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE MOTION |
| | ) | TO AUTHORIZE TRAVEL EXPENSES |
| vs. | ) | FOR APPEARANCE AT RESENTENCING |
| | ) | HEARING ON FEBRUARY 22, 2007 |
| JAMES PUA AGLIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER GRANTING
EX PARTE MOTION TO AUTHORIZE TRAVEL
EXPENSES FOR APPEARANCE AT RESENTENCING
HEARING ON FEBRUARY 22, 2007

Defendant JAMES PUA AGLIA'S Ex Parte Motion To Authorize Travel Expenses For Appearance At Resentencing Hearing On February 22, 2007, the Declaration of Robert D.S. Kim, and the records and files in this case, and being duly advised of all of the premises therein,

**IT IS HEREBY ORDERED** that the Ex Parte Motion To Authorize Travel Expenses For Appearance At Resentencing Hearing On February 22, 2007 is hereby **GRANTED**. Counsel for Defendant is authorized to incur reasonable travel expenses, including but not limited to airfare, car rental, and parking in an amount not to exceed $150.00.

DATED: Honolulu, Hawaii, FEB 2 1 2007

_____
JUDGE OF THE ABOVE ENTITLED COURT