CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following persons at his last known address by mailing by depositing the document in the United States Post Office, Kealakekua Branch via first class mail, postage prepaid:

MARSHALL H. SILVERBERG
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED:   Kealakekua, Hawaii, __FEB 16 2007__.

_____
ROBERT D.S. KIM

Attorney for Defendant
JAMES PUA AGLIA

2