## ROBERT D.S. KIM

A Hawaii Law Corporation
Post Office Box 188
81-6627 Mamalahoa Hwy, Ste 109
Kealakekua, Hawaii 96750
Telephone: (808) 329-6611
Fax: (808) 329-6676

### LETTER OF TRANSMITTAL

February 16, 2007

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 20 2007
DISTRICT OF HAWAII

To:  HONORABLE HELEN GILLMOR
     U.S. District Court
     300 Ala Moana Boulevard
     Room C-338
     Honolulu, Hawaii 96850

RE:  UNITED STATES OF AMERICA vs. JAMES PUA AGLIA
     CR NO. 03-00557 HG

Enclosed:

Original + 4 copies:
   EX PARTE MOTION TO AUTHORIZE TRAVEL EXPENSES FOR APPEARANCE AT RESENTENCING HEARING ON FEBRUARY 22, 2007; DECLARATION OF ROBERT D.S. KIM; ORDER GRANTING EX PARTE MOTION TO AUTHORIZE TRAVEL EXPENSES FOR APPEARANCE AT RESENTENCING HEARING ON FEBRUARY 22, 2007; CERTIFICATE OF SERVICE

---

IS (ARE) TRANSMITTED HEREWITH (UNDER SEPARATE COVER):

| | | | |
|---|---|---|---|
| (X) | FILING | ( ) | APPROVE AS TO FORM |
| ( ) | AT YOUR REQUEST | ( ) | DISAPPROVED |
| ( ) | FOR YOUR SIGNATURE | ( ) | FOR YOUR INFORMATION, |
| ( ) | FOR YOUR ACTION | | AND FILES |
| ( ) | **FOR PAYMENT** | | |

---

REMARKS: If you have any questions regarding the above referenced matter, please do not hesitate to call this office. Mahalo!

---

Pamela M. Sanchis, Secretary to
Robert D.S. Kim, Esq.