# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 22, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00557HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JAMES PUA AGLIA |
| ATTYS FOR PLA: | Marshall H. Silverberg, AUSA |
| ATTYS FOR DEFT: | Robert D.S. Kim, Esq. |
| U.S.P.O.: | Neil W. Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 22, 2007 | TIME: | 3:15 - 4:00 |

COURT ACTION:  RE-SENTENCING TO COUNTS 1 & 2 OF THE INDICTMENT -

Defendant is present in custody.
Allocution by the defendant.

ADJUDGED:

    IMPRISONMENT of 97 months as to each count, with both terms to be served concurrently.

    SUPERVISED RELEASE: 3 years as to each count, with both terms to be served concurrently, upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4.     That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition).

5.     That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

6.     That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.     That the defendant provide the Probation Office access to any requested financial information.

Special assessment: $200.00 ($100.00 per count)
Advised of rights to appeal the sentence.

RECOMMENDATIONS: That the defendant participate in a drug treatment program, and educational/vocational training programs in food services.

    Submitted by: Mary Rose Feria, Courtroom Manager